1008

No. 79–6853. WEBB v. WEBB. Sup. Ct. Ga. [Certiorari granted, *ante*, p. 819.] Motion of respondent for leave to proceed further herein *in forma pauperis* granted. Motion of J. Reese Franklin, Esquire, and W. S. Perry, Esquire, to withdraw as counsel for respondent granted. Motion of respondent for appointment of counsel granted, and it is ordered that Manley F. Brown, Esquire, of Macon, Ga., be appointed to serve as counsel for respondent in this case.

No. 80–11. MERRION ET AL., DBA MERRION & BAYLESS, ET AL. v. JICARILLA APACHE TRIBE ET AL.; and

No. 80–15. AMOCO PRODUCTION CO. ET AL. v. JICARILLA APACHE TRIBE ET AL. C. A. 10th Cir. [Certiorari granted, *ante*, p. 820.] Motions of Mountain States Legal Foundation, Salt River Project Agricultural Improvement and Power District et al., and Shell Oil Co. et al. for leave to file briefs as *amici curiae* granted. Motion of petitioners for divided argument granted. Request for additional time for oral argument denied. JUSTICE STEWART took no part in the consideration or decision of these motions.

No. 80–54. ITT GILFILLAN v. CLAYTON; and

No. 80–5049. CLAYTON v. INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE & AGRICULTURAL IMPLEMENT WORKERS OF AMERICA, ET AL. C. A. 9th Cir. [Certiorari granted, *ante*, p. 950.] Motion for appointment of counsel granted, and it is ordered that John T. McTernan, Esquire, of Los Angeles, Cal., be appointed to serve as counsel for Clifford E. Clayton in these cases. JUSTICE MARSHALL took no part in the consideration or decision of this motion.

No. 80–503. KING, CHIEF, FAIRFAX COUNTY POLICE DEPARTMENT, ET AL. v. WALLACE ET AL. C. A. 4th Cir. Motion of respondents to consolidate this case with No. 79–6777, *Steagald* v. *United States* [certiorari granted, *ante*, p. 819], denied.